IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: June 28, 2010



Honorable Margaret Dee McGarity
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Dewayne F. May and Tosha D. May fka Tosha D. Byers<br><br>    Debtors. | Chapter: 13<br><br>Case No. 10-25001-MDM |

**ORDER PURSUANT TO HEARING UPON DEBTOR'S OBJECTION TO SAXON MORTGAGE SERVICES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Pursuant to the motion of Saxon Mortgage Services, Inc., its successors and/or assignees (hereinafter "the movant") with respect to the property located at 2702-2704 N 50th St Milwaukee, WI 53210-2356.  This matter was heard on June 11, 2010, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtor(s) appearing through Kingstad Law Firm, LLC, by David G. Kingstad, and Rebecca Garcia appearing on behalf of the Chapter13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the movant may file a supplemental claim for the post-petition

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on our client's behalf and any information obtained will be used for that purpose.  If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

arrearage which exists through the end of May 2010 in the amount of $4,449.94.

The arrearage is itemized as follows:

| | |
|---|---:|
| Tax Advance | $3,649.94 |
| Attorney Fees and Costs | $800.00 |
| TOTAL ARREARAGE | <u>$4,449.94</u> |

      IT IS FURTHER ORDERED that commencing in June 2010, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

      IT IS FURTHER ORDERED that with respect to the motion for abandonment, the trustee shall and hereby does abandon the estate's interest in the property though the trustee's right to claim any surplus proceeds if the property is sold is hereby specifically reserved.

      IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $1,755.62 and payments shall be made to the movant at Saxon Special Servicing, 3701 Regent Blvd., 2nd Floor Irving, TX 75063.

#####