IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: July 08, 2010



Honorable Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:
    DEWAYNE F. MAY; and
    TOSHA D. MAY,
        Debtors.

Case No. 10-25001-MDM

GMAC,
        Plaintiff,

  v.

DEWAYNE F. MAY; TOSHA D. MAY;
NETTIE RIGSBY, a non-filing Co-Debtor;
and MARY B. GROSSMAN, Trustee,

        Defendants.

Chapter 13 Case

**ORDER TERMINATING AUTOMATIC STAY AND CO-DEBTOR STAY**

      WHEREAS, GMAC, n/k/a Ally Financial Inc. and f/k/a GMAC Inc. (hereinafter referred to as "GMAC")has filed a Motion for Relief From Automatic Stay and Co-Debtor Stay on June 9, 2010, and the Motion for Relief having been served as set forth in the Proof of Service with the deadline for the filing of any written objections with the Court having been set as June 23, 2010; and

Attorney Maria S. Lazar
Galanis, Pollack, Jacobs & Johnson, S.C.
839 N. Jefferson Street, Suite 200
Milwaukee, WI 53202
(414) 271-5400
Fax: (414) 271-5571
Email: mlazar@gpjlaw.com

WHEREAS, no written objections to the Motion for Relief being filed with the Court on or before June 23, 2010, the deadline set forth in the Motion for Relief based upon the papers heretofore filed,

NOW THEREFORE, IT IS ORDERED that the Stay and Co-Debtor Stay be terminated permitting GMAC to take possession of and liquidate its interest in one (1) 2006 Chevrolet HHR with V.I.N. 3GNDA23DX6S535659, in accordance with state law; and

IT IS FURTHER ORDERED, that the 14-day stay of Order pursuant to Bankruptcy Rule 4001(a)(3) not be given effect in this case and that this Order shall be effective as of the date of this Order.

#####

F:\ \GMAC \May-10044.13B\Order.doc